# EXHIBIT A

PAGES 2 through 39
Intentional Omitted from ECF
Medical Records